## JAY ZALESKI *v.* BRONISLAW DUDEK ET AL.
### (15135)

O'Connell, Heiman and Spear, Js.

Argued April 24—officially released May 14, 1996

Per Curiam. The judgment is affirmed.

## JAMES M. SPELLMAN, JR. *v.* TOWN OF EAST LYME ET AL.
### (14712)

O'Connell, Lavery and Spear, Js.

Argued April 25—officially released May 14, 1996

Per Curiam. The uncontroverted finding by the trial court that there was no position open for recall is dispositive of this case.

The judgment is affirmed.

## MERLY CONSTRUCTION COMPANY *v.* TYLER EQUIPMENT CORPORATION
### (14717)

O'Connell, Foti and Heiman, Js.

Argued April 26—officially released May 21, 1996

Per Curiam. The judgment is affirmed.